# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CONAGRA FOODS, INC. F/K/A CONAGRA, INC., *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:13-cv-2064-JWL-KGS<br>) |
| AMERICOLD LOGISTICS, LLC, *et al.* | )<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE STIPULATION OF FACTS

Having considered the Joint Motion for Enlargement of Time to file Stipulation of Facts, filed July 2, 2013, and for good cause shown, the Court finds that said Motion should be, and hereby is, sustained. The parties shall have up to and including July 22, 2013 to file Stipulation of Facts.

Dated this 2nd day of July, 2013.

s/ John W. Lungstrum<br>
John W. Lungstrum<br>
United States District Judge